Felix Dzikowski
vs.          } No. 39868
Rhode Island Company

DECISION

December 21, 1918

DORAN, J. If the jury believed the witness for plaintiff, one cannot say that liability is not supported by the weight of the evidence. But considering the nature of injuries claimed and some of the testimony concerning same, I do not believe the amount of damages awarded is supported by the weight of evidence.

New trial granted unless plaintiff, within fifteen days of notice of this decision, remits all damages in excess of $1300.

For plaintiff: Cooney and Cahill.

For defendant: Clifford Whipple and F. W. O'Connell.

---

### 256

Hannah M. Fiske
Hardin I. Fiske
vs.          } M. P. No. 427
City of Providence

DECISION

December 31, 1918

BROWN, J. The only question before the Court relates to the amount of damages awarded by the jury.

The property taken and that surrendered to the city by the petitioners consists of about 400 acres of tillable pasture, wood and sprout and swamp land, with building upon the same. There is a practically new barn, old house, a good barn for storing hay, and some outbuildings. There are several hundred cords of wood standing, a flowage right which produces for the petitioners from $55 to $105 a year. The land is only a short distance from market.

The experts called by the different parties varied greatly in their estimate of the value of this property, those for the city putting a valuation of from $7000 to $8500, and some of those for the petitioners putting it as high as

$24,000. In this state of the testimony the jury could derive little assistance from the estimate of the experts. They all gave their reasons for the valuation fixed by them, and these various reasons would be of assistance. The jury went over the property and spent considerable time inspecting it. They returned a verdict for the petitioners of $15,959.81.

It is not clear that the award made is excessive.

A new trial is denied.

For petitioner: John P. Beagan.

For respondent: Elmer S. Chace and Oscar L. Heltzen.